UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Jafry Pena,

                       Plaintiff,

      -against-

Ramon Colon,

                       Defendant.
-------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

17 Civ. 2167 (AJN) (RWL)

**WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-reference action is hereby dismissed with prejudice.

DATED:     New York, New York
               March 19, 2019

SULLIVAN & CROMWELL, LLP
*Attorneys for Plaintiff*
125 Broad Street
New York, NY 10004
(212)-558-4226

By: _____
     Matthew L. Belgiovine
     *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendant*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
     Nicholas Manningham
     *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2019